HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLEAN WHOLESALE GROCERY COOPERATIVE, INC., JOHN GROSS AND COMPANY, INC., and MAPLEVALE FARMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., BUTTERBALL, LLC, CARGILL, INC., CARGILL MEAT SOLUTIONS CORPORATION, COOPER FARMS, INC., FARBEST FOODS, INC., FOSTER FARMS, LLC, FOSTER POULTRY FARMS, THE HILLSHIRE BRANDS COMPANY, HORMEL FOODS CORPORATION, HOUSE OF RAEFORD FARMS, INC., PERDUE FARMS, INC., PERDUE FOODS LLC, TYSON FOODS, INC., TYSON FRESH MEATS, INC. and TYSON PREPARED FOODS, INC.,<br><br>Defendants | Case No.: 2:21-mc-00066-RSL<br><br>STIPULATED MOTION AND ORDER TO TRANSFER<br><br>Noted for Consideration: June 29, 2021 |

## STIPULATION AND PROPOSED ORDER TO TRANSFER
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(f)

Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), Lockridge Grindal Naeun, P.L.L.P. ("Lockridge"), and Lael Henterly ("Henterly" and together with Hagens Berman and Lockridge, "Movants") and Defendants Agri Stats, Inc., Butterball, LLC, Cargill, Inc., Cargill

STIPULATED MOTION AND ORDER TO TRANSFER - Page **1** of **4**
2:-21-MC-00066RSL

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Meat Solutions Corporation, Cooper Farms, Inc., Farbest Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, The Hillshire Brands Company, Hormel Foods Corporation, House of Raeford Farms, Inc., Perdue Farms, Inc., and Perdue Foods LLC (together "Defendants"), through their undersigned counsel, hereby enter into this stipulation and proposed order to transfer pursuant to Federal Rule of Civil Procedure 45(f) (the "Stipulation and Proposed Order").

WHEREAS, Movants initiated this miscellaneous proceeding to move to quash (the "Motion to Quash") a May 21, 2021 subpoena for documents (the "Subpoena") addressed to Lael Henterly and served on behalf of the Defendants.

WHEREAS, the Motion to Quash is a discovery dispute ancillary to a putative class action pending in the United States District Court for the Northern District of Illinois ("Northern District of Illinois") since December 2019, captioned *Olean Wholesale Grocery Cooperative, Inc. et al. v. Agri Stats, Inc. et al.,* No. 1:19-cv-08318 (N.D. Ill.).

WHEREAS, the issuing court of the Subpoena was the Northern District of Illinois.

WHEREAS, pursuant to Federal Rule of Civil Procedure 45(f), "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f).

WHEREAS, transfer of the Motion to Quash to the Northern District of Illinois does not alter the requirements of Federal Rule of Civil Procedure 45(d).

WHEREAS, the Defendants and Ms. Henterly consent to the transfer of the Motion to Quash to the Northern District of Illinois.

WHEREAS, the underlying case to which the Subpoena relates involves complex questions

STIPULATED MOTION AND ORDER TO TRANSFER - Page **2** of **4**
2:-21-MC-00066RSL

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

that the Northern District of Illinois is already considering.

WHEREFORE, the parties hereto file this stipulated motion seeking the Court's Order that:

1. The Motion to Quash shall be transferred to the Northern District of Illinois; and
2. Defendants' response to the Motion to Quash shall be due two weeks after the date on the Stipulation and Proposed Order.

DATED this twenty-ninth day of June, 2021.

*/s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA No. 28449
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
(206) 892-2177
Molly.Terwilliger@stokeslaw.com

**Counsel for Defendants**


HAGENS BERMAN SOBOL SHAPIRO, LLP
*/s/ Shana E. Scarlett*
SHANA E. SCARLETT
*(pro hac vice* forthcoming*)*


Rio S. Pierce (*pro hac vice* forthcoming)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

STIPULATED MOTION AND ORDER TO TRANSFER - Page **3** of **4**
2:-21-MC-00066RSL

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

W. Joseph Bruckner
Brian D. Clark
Maureen Kane Berg
Simeon Morbey
Steven E. Serdikoff
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
mkberg@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com

*Counsel for Movants*

## ORDER

It is hereby ORDERED that Case No. 2:21-mc-00066-RSL is transferred to the Northern District of Illinois, and that Defendant's response date shall be two weeks from the date of this Order.

DATED this 30th day of June, 2021.

*(signature)*
The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO TRANSFER - Page **4** of **4**
2:-21-MC-00066RSL

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000